UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 12-2516(DEA) |
| v. | : | ORDER |
| WILLIE F. SIMPSON | : |  |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __19th__ day of __JUNE__, 2012,

ORDERED that ~~DAVE SCHAFER~~ *ANDREA BERGMAN* from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Douglas E. Arpert
United States Magistrate Judge